

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800   F 973.436.5801

**Matthew W. Bauer**
Partner
Direct Dial 973-436-5705
MBauer@connellfoley.com

June 26, 2024

<u>**VIA CM/ECF**</u>
The Honorable André M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Ivan Marin, et al. v. Western Express, Inc., et al.
              Civil Action No. 20-cv-15525(MCA)(LDW)

Dear Judge Espinosa:

We represent defendants, Western Express, Inc., and Kamaljit K. Momi (collectively, "Defendants"), in the above-referenced matter. Please accept this as a joint letter regarding the parties' mediation intentions, as directed by the Court's Amended Scheduling Order dated April 30, 2024.

The parties wish to advise the Court that that they intend to return to private mediation with the Hon. Mark B. Epstein, (Ret.) and have scheduled a session with him on August 12, 2024. We will report back to Your Honor no later than August 19, 2024 regarding the outcome.

Please let us know if the Court requires any further information now.

Thank you.

                                  Respectfully submitted,

                                  Matthew W. Bauer

MWB:lmv
cc:    Michael A. Gallardo, Esq. (via CM/ECF)