

200 Broadacres Drive, Suite 180, Bloomfield, New Jersey 07003
877-NJ LAW PI    973-777-8645

| | |
|---|---|
| BARRY FREDSON (Retired)*☐ | ANNERIS V. HERNANDEZ☐ |
| ANDREW L. STATMORE○ | ALPHONSE PETRACCO |
| LANCE J. BITTERMAN | ANDREA N. MAZZULA-ADAMES◇ |
| NICHOLAS J. WALTMAN☐ | KRIS A. KRAUSE |
| MICHAEL A. GALLARDO☐ | ALBERT N. MONTANO |
| RONALD W. SOLARES☐ | THOMAS MICHALOWSKI |
| ARJUN A. SHARMA☐ | GREGORY J. CARRUBBA☐ |
| ALEXANDRA LOPRETE☐ | ROBERT H. BAUMGARTEN*☐ |
| | MICHAEL E. WACHTEL☐ |

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

☐ Member of N.J. & N.Y. Bars
○ Member of N.J., N.Y., FL, & DC Bars
◇ Member of FL Bar

August 19, 2024

**VIA CM/ECF**
The Honorable André M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re: **Marin, Ivan, et al. vs. Western Express, Inc., et al.**
         **Docket No.: 2:20-CV-15525**
         **Our File Nos.: 28463; 28464; and 28465**

Dear Judge Espinosa:

  As Your Honor is already aware this office represents Plaintiffs, Ivan Marin, Domingo Gonzalez and Carlos A. Garcia Martinez in the above-referenced matter. The Court should be advised that the above-referenced matters have settled as follows:

    1. Carlos Garcia Martinez: $1,550,000.00;

    2. Ivan Marin: $1,550,000.00; and

    3. Domingo Gonzalez: $50,000.00.

If you have any questions, or require additional information, please do not hesitate to contact me.

Thank you for your kind attention to this matter.

                                                  Respectfully submitted,
                                                  **FREDSON STATMORE BITTERMAN, LLC**

                                                  */s/Alphonse Louis Petracco*

ALP/ap                                                 **ALPHONSE LOUIS PETRACCO, ESQ.**

cc: All Counsel of Record (*Via Pacer*)